UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0545** |
| **N. BURL CAIN, ET AL.** | **SECTION "H"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kenneth White's petition for issuance of a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

New Orleans, Louisiana, this 6th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE